# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: DONALD J. BARBER & DANNIEL M. BARBER        Case Number: 05-72855
459 OAK GROVE AVENUE                               SSN-xxx-xx-5298 & xxx-xx-8481
SOUTH BELOIT, IL  61080

Case filed on: 6/6/2005
Plan Confirmed on: 8/5/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $21,620.00        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTORNEY DAVID H CARTER | 2,200.00 | 2,200.00 | 2,200.00 | 0.00 |
|  | Total Legal | 2,200.00 | 2,200.00 | 2,200.00 | 0.00 |
| 016 | BUCHALTER, NEMER A PROFESSIONAL CORP | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | DONALD J. BARBER | 0.00 | 0.00 | 20.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 20.00 | 0.00 |
| 001 | AMERIQUEST MORTGAGE COMPANY | 100,216.83 | 0.00 | 0.00 | 0.00 |
| 003 | FORT FINANCIAL CREDIT UNION | 11,985.50 | 11,985.50 | 11,985.50 | 918.60 |
|  | Total Secured | 112,202.33 | 11,985.50 | 11,985.50 | 918.60 |
| 002 | FAIRSHARE VACATION OWNERS ASSOC | 35.12 | 35.12 | 2.85 | 0.00 |
| 004 | ECAST SETTLEMENT CORPORATION | 7,766.94 | 7,766.94 | 625.79 | 0.00 |
| 005 | BANK OF AMERICA | 1,440.50 | 1,440.50 | 116.06 | 0.00 |
| 006 | RESURGENT CAPITAL SERVICES | 5,924.96 | 5,924.96 | 477.38 | 0.00 |
| 007 | CAPITAL ONE BANK (USA) NA | 512.68 | 512.68 | 41.31 | 0.00 |
| 008 | ECAST SETTLEMENT CORPORATION | 5,295.91 | 5,295.91 | 426.70 | 0.00 |
| 009 | DISCOVER FINANCIAL SERVICES | 5,998.27 | 5,998.27 | 483.29 | 0.00 |
| 010 | FIRST FINANCIAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | FORT FINANCIAL CREDIT UNION | 4,389.69 | 4,389.69 | 353.69 | 0.00 |
| 012 | ECAST SETTLEMENT CORPORATION | 19,461.35 | 19,461.35 | 1,568.03 | 0.00 |
| 013 | NORTH SHORE AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | OMNI CREDIT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | SEARS GOLD MASTERCARD | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | ECAST SETTLEMENT CORPORATION | 4,852.79 | 4,852.79 | 391.00 | 0.00 |
| 018 | NATIONAL FINANCIAL HOLDINGS LLC SERIES D | 1,736.38 | 0.00 | 0.00 | 0.00 |
| 019 | FAIRSHARE VACATION OWNERS ASSOC | 7,667.31 | 7,667.31 | 617.76 | 0.00 |
|  | Total Unsecured | 65,081.90 | 63,345.52 | 5,103.86 | 0.00 |
|  | Grand Total: | 179,484.23 | 77,531.02 | 19,309.36 | 918.60 |

Total Paid Claimant:      $20,227.96
Trustee Allowance:        $1,392.04
Percent Paid Unsecured:   8.06

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL on 02/26/2009        By  /s/Heather M. Fagan